UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. DORANDA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M.A. FAROOQ, *et al.*,<br><br>　　　　　Defendants. | No. CV 13-2081 DSF (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered dismissing this action on the merits and with prejudice.

DATED: 2/5/18

_____
DALE S. FISCHER
United States District Judge