UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES J. DORANDA,<br><br>        Plaintiff,<br><br>        v.<br><br>M.A. FAROOQ, *et al.*,<br><br>        Defendants. | No. CV 13-2081 DSF (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed on the merits and with prejudice.

DATED: 2/5/18

                                                                                 DALE S. FISCHER<br>
                                                                   United States District Judge